AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Junior Alexander Ramirez-Ramos

                Petitioner,

v.

Noem et al

                Respondents.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00332-RFB-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Petitioner, Junior Alexander Ramirez-Ramos, and Respondents, Kristi Noem, Thomas Hogan, Pamela J. Bondi, John Mattos, Todd M. Lyons, Department of Justice, Sirce Owen.

02/22/2026  
Date

DEBRA K. KEMPI  
Clerk

/s/ ALZ  
Deputy Clerk